307 F.2d 511
 SOUTHERN PACIFIC COMPANY, a corporation, Appellant,
v.
Lawrence C. KEARNEY, Appellee.
 No. 17755.
 United States Court of Appeals Ninth Circuit.
 Sept. 19, 1962.
 
 Bledsoe, Smith, Cathcart, Johnson & Phelps, Joseph W. Rogers, Jr., and Robert A. Seligson, San Francisco, Cal., for appellant.
 Happerle & Hepperle, and Robert R. Hepperle, San Francisco, Cal., for appellee.
 Before MERRILL and BROWNING, Circuit Judges, and TAYLOR, District judge.
 PER CURIAM.
 
 
 1
 On an examination of the record, we are satisfied that the district court did not abuse its discretion in granting the motion for new trial.